IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:16CR3004 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DAVID HAGGARD, | |
| Defendant. | |

Defense counsel orally moved to continue Defendant's change of plea hearing. As explained by counsel, the defendant needs to undergo a mental health evaluation before further pursuing plea discussions and decisions. The defendant agrees with his counsel's representations and the government does not oppose the motion. Based on the representations of counsel, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue is granted.

2) A status conference will be held before the undersigned magistrate judge on June 8, 2016 at 10:00 a.m. in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant is ordered to appear at this conference.

3) For the reasons stated by counsel, the Court finds that the ends of justice served by continuing defendant's plea hearing outweigh the best interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and June 8, 2016 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7).

March 29, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge